ANN K. JOHNSTON, ESQ. (SBN 145022)
DENISE A. RUELAS, ESQ. (SBN 135777)
BERGER KAHN
A Law Corporation
1682 Novato Boulevard, Suite 250
Novato, CA 94947
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
TRANSPORTATION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RUBSTELLO, INC., fka EXERCISE EQUIPMENT CENTER, INC., JAMES RUBSTELLO, LEO RUBSTELLO, FAYE RUBSTELLO, and DAWN RUBSTELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSPORTATION INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:05-CV-00688-DFL-PAN<br><br>**STIPULATION AND ORDER TO DEFER JOINT STATUS REPORT**<br><br>JUDGE:         Hon. David F. Levi<br>COURTROOM:   7<br><br>DATE ACTION FILED:   9/6/2004<br>TRIAL DATE:          None Set |

WHEREAS, Defendant TRANSPORTATION INSURANCE COMPANY ("Defendant") filed a Motion to Dismiss that is presently set for hearing before this Court on June 22, 2005;

WHEREAS, pursuant to this Court's April 8, 2005, Order Requiring Joint Status Report, a report is presently due on June 7, 2005;

WHEREAS, it is not in the interest of judicial economy for the parties to prepare a joint status report prior to obtaining a ruling on the pending motion;

///

///

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the deadline for filing a Joint Status Report should be extended to 21 days after the Court serves its ruling on Defendant's pending Motion to Dismiss.

DATED:  April 20, 2005.              DOWNEY BRAND LLP


By: _____
    DEBBIE J. VOROUS, ESQ.
    Attorneys for Plaintiffs
    RUBSTELLO, INC., fka EXERCISE
    EQUIPMENT CENTER, INC., JAMES
    RUBSTELLO, LEO RUBSTELLO, FAYE
    RUBSTELLO, and DAWN RUBSTELLO

DATED:  April 25, 2005.              BERGER KAHN, A Law Corporation


By: _____
    DENISE A. RUELAS
    Attorneys for Defendant
    TRANSPORTATION INSURANCE
    COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The parties' deadline for preparing and filing a Joint Status Report is deferred to 21 days after this Court serves its ruling on Defendant's pending Motion to Dismiss.

DATED: 4/29, 2005                     ___/s/ David F. Levi_____
                                      HON. DAVID F. LEVI
                                      UNITED STATES DISTRICT JUDGE

## DECLARATION OF DENISE A. RUELAS

I, DENISE A. RUELAS, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and am a principal of Berger Kahn, A Law Corporation, attorneys of record for Defendant Hartford Underwriters Insurance Company. The following facts are known to me, and if called as a witness, I could and would testify competently thereto.

2. Concurrence in the filing of the foregoing Stipulation and Order to Defer Joint Status Report has been obtained from each of the signatories indicated on page two of the Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed within the United States on April <u>25</u>, 2005.

By: <u>    /s/                    </u>
         DENISE A. RUELAS

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Berger Kahn, A Law Corporation, 1682 Novato Boulevard, Suite 250, Novato, California 94947 ("the firm").

On April 25, 2005, I served the within documents described as:

**STIPULATION AND ORDER TO DEFER JOINT STATUS REPORT**

on the interested parties in this action as set forth below.

☐   by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope ☐ addressed as follows: ☐ addressed as stated on the attached mailing list

>   Debbie J. Vorous, Esq.
>   Downey Brand LLP
>   555 Capitol Mall, 10th Floor
>   Sacramento, CA  95814
>   Tel:  (916) 444-1000

☐   **BY OVERNIGHT MAIL**--I placed said envelope for collection by **Golden State Overnight**, following ordinary business practices, at the business offices of Berger Kahn for collection and processing of correspondence with said overnight mail service, and said envelope will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service slip is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

**X**   **BY E-FILING THE DOCUMENT** – resulting in an automatically generated e-mail message pursuant to Local Rule No. 5-135(g)(1).

Executed on April 25, 2005, at Novato, California.

>                                /s/
>                       Denise A. Ruelas