DOWNEY BRAND LLP
M. MAX STEINHEIMER (Bar No. 52830)
DEBBIE J. VOROUS (Bar No. 166884)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiffs
RUBSTELLO, INC., fka EXERCISE EQUIPMENT
CENTER, INC., JAMES RUBSTELLO, LEO
RUBSTELLO, FAYE RUBSTELLO, and DAWN
RUBSTELLO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBSTELLO, INC., et al., | CASE NO.  2:05-CV-00688-DFL-PAN |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| v. | |
| TRANSPORTATION INSURANCE COMPANY, et al., | |
| Defendants. | DATE:      June 22, 2005<br>TIME:      10:00 a.m.<br>DEPT:      Courtroom 7<br>JUDGE:    Hon. David F. Levi |

///
///
///
///
///
///
///
///
///
///
///

DOWNEY BRAND LLP

676248.3

-1-

**RECITALS**

1.      On April 8, 2005, Defendant TRANSPORTATION INSURANCE COMPANY ("Defendant") filed a Notice of Defendant's Removal of Civil Action Under 28 U.S.C. § 1441(b), Based Upon First Amended Complaint.

2.      On April 13, 2005, Defendant filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss").

3.      The hearing on Defendant's Motion to Dismiss is scheduled for June 22, 2005, at 10:00 a.m.

4.      On April 13, 2005, counsel for Plaintiffs TRANSPORTATION INSURANCE COMPANY, removed Plaintiffs RUBSTELLO, INC., fka EXERCISE EQUIPMENT CENTER, INC., JAMES RUBSTELLO, LEO RUBSTELLO, FAYE RUBSTELLO, and DAWN RUBSTELLO's ("Plaintiffs") contacted the Court to request the earliest possible hearing date to hear Plaintiffs' Motion to Remand.  The earliest hearing date on which Plaintiffs' Motion to Remand could be heard is June 22, 2005, at 10:00 a.m.  Plaintiffs secured that date in anticipation of filing Plaintiffs' Motion to Remand.

5.      On May 9, 2005, Plaintiffs filed Plaintiffs' Motion to Remand with the Court.

6.      On May 12, 2005, counsel for Plaintiffs contacted counsel for Defendant and requested a continuance on the Motion to dismiss until after Plaintiffs' Motion to Remand had been heard and decided by the Court.

7.      The parties have agreed that the hearing on Defendant's Motion to Dismiss will be set at the earliest date available following receipt of the Court's ruling on Plaintiffs' Motion to Remand.  The first attempt to secure such a hearing date will occur after the Court issues a ruling on Plaintiffs' Motion to Remand.  The parties have further agreed to modify the briefing schedule accordingly.

**STIPULATION**

1.      The Parties agree that Defendant's Motion to Dismiss will be heard on the earliest date available to the Court and counsel following issuance of the Court's decision on Plaintiffs' Motion to Remand, which is set for hearing on June 22, 2005, at 10:00 a.m.  Defendant's counsel

DOWNEY BRAND LLP

676248.3

2

1   will contact the Court to secure the hearing date after the Court has issued its ruling on Plaintiffs'

2   Motion to Remand.

3        2.     The Parties agree that Plaintiffs' written opposition and Defendant's written reply

4   will be due to be filed and served in accordance with the Local Rules of Practice for the United

5   States District Court, Eastern District of California, on the basis of the continued hearing date.

6

7   DATED:  May __, 2005             DOWNEY BRAND LLP

8

9                                   By:_____/s/_____
                                            DEBBIE J. VOROUS
                                           Attorney for Plaintiffs
10                                   RUBSTELLO, INC., fka EXERCISE EQUIPMENT
                                    CENTER, INC., JAMES RUBSTELLO, LEO
11                                   RUBSTELLO, FAYE RUBSTELLO, and DAWN
                                            RUBSTELLO
12

13  DATED:  May __, 2005             BERGER KAHN, A LAW CORPORATION

14

15                                  By:_____/s/_____
                                            DENISE A. RUELAS
16                                          Attorney for Defendant
                                    TRANSPORTATION INSURANCE COMPANY

17

18

19                                  ********************

20                                          **ORDER**

21        It is so ordered.

22

23  Dated: 5/25/2005                       /s/ David F. Levi
                                    _____
24                                   THE HONORABLE DAVID F. LEVI, CHIEF
                                    DISTRICT COURT JUDGE, UNITED STATES
25                                   DISTRICT COURT FOR THE EASTERN
                                    DISTRICT OF CALIFORNIA
26

27

28

676248.3                            3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

DOWNEY BRAND LLP